**IN THE UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **THE UNITED STATES OF AMERICA** | **3:24CR159** |
| **v.** | **(Judge Munley)** |
| **JEFFREY POTH,**<br>**Defendant** | |

## RESCHEDULING ORDER

**NOW,** this 3rd day of March 2026**,** upon the unopposed motion (Doc. 30) of the defendant to continue the sentencing, IT IS HEREBY ORDERED:

The sentencing hearing previously scheduled for April 22, 2026, will now be held **Thursday, August 20, 2026, at 10:00AM** in the William J. Nealon Federal Building and U.S. Courthouse, Courtroom #2, 235 N. Washington Avenue, Scranton, PA.

***Counsel is DIRECTED to file sentencing memoranda, and the same shall be filed seven (7) days prior to the date of sentencing.***

*s/ Julia K. Munley*
**Julia K. Munley**
**United States District Court**