**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **No. 3:24-CR-159** |
| | : | |
| **JEFFREY POTH** | : | **JUDGE MUNLEY** |
| | : | |
| **Defendant.** | : | **FILED ELECTRONICALLY** |

**NOTICE OF FILING OF CHARACTER LETTERS**
**ON BEHALF OF JEFFREY POTH**

Defendant Jeffrey Poth, by and through his undersigned counsel, hereby respectfully submits the attached character letters for the Court's consideration in connection with his hearing on August 20, 2026.

Respectfully submitted,

/s/ John B. Dempsey
John B. Dempsey
Patrick A. Casey
Brian J. Levy
Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503

Dated: August 14, 2026

*Attorneys for Defendant,*
*Jeffrey Poth*

# TABLE OF CONTENTS

1. Rachelle Poth Kujawa

2. Amanda Rhodes

3. Sgt. Fred C. Rhodes, Jr.

4. Frank A. Cundro

5. John P. Rodgers

6. Kirk D. Walker

# CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of the foregoing Notice of Filing of Character Letters on behalf of Jeffrey Poth was served upon counsel of record via the Court's ECF system on this 14th day of August 2026.

/s/ John B. Dempsey
John B. Dempsey

June 19, 2026

The Honorable Julia K. Munley
Middle District of Pennsylvania
235 N. Washington Avenue
Scranton, PA 18501

Dear Judge Munley:

I am writing to you on behalf of my father, Jeffrey Poth, to share the profound impact he has had on our family and to express the depth of his character. For as long as I can remember, he has been the cornerstone of our family, and his love, strength, and devotion have guided us through every stage of life.

As a grandfather, he is nothing short of extraordinary. He adores his grandchildren (Tyler and Aria) and takes great pride in being a constant presence in their lives. Through his actions, he teaches them kindness, resilience, generosity, and the importance of family. He is, without question, the heart of our family and the rock we all rely on.

One of the clearest examples of who my father came during the most difficult time of my life. When my daughter was just three months old, she was diagnosed with cancer. We were told she might not survive. As a parent, there are no words to describe the fear and heartbreak that come with hearing that news.

For thirty days straight while Aria was hospitalized, my father never left my side. He brought me meals, offered comfort, and made sure I never felt alone. When I was overwhelmed with fear and uncertainty, he was a steady source of strength. He never wavered in his support.

What makes that time even more meaningful to me is that while he was helping me navigate my daughter's fight for her life, he was also caring for my son. He took Tyler fishing, brought him for ice cream, attended games, and made every effort to give him a sense of normalcy during a time that was anything but normal. My father understood that while Aria was fighting a battle in the hospital, Tyler still needed laughter, attention, and childhood memories. That is the kind of man he is. He instinctively puts the needs of others before his own and quietly carries burdens so those he loves does not have to carry them alone.

His loyalty is unwavering, his compassion knows no bounds, and his family has always been his greatest priority.

I am incredibly grateful to call him my father. The love, support, and examples he has provided have shaped my life in countless ways, and I know our entire family is better because of him.

Thank you for taking the time to consider my words and for allowing me the opportunity to share a glimpse of the remarkable man I am blessed to call Dad.

Sincerely,

Rachelle Poth Kujawa

June 16, 2026

The Honorable Julia K. Munley
Middle District of Pennsylvania
235 N. Washington Avenue
Scranton, PA 18501

Dear Judge Munley:

I am writing this letter on behalf of my father, Jeffrey Poth. I am grateful for the opportunity to share my perspective on the man I have known my entire life. To me, my dad is more than just a parent — he is my best friend, my support system, and the person I have always counted on no matter what life brings. He is the person I call when I am upset, excited, overwhelmed, or simply need someone to make me laugh and remind me to get out of my own head. He has always been my safe place and the person who shows up when people need him most. For me, he is home.

One of the qualities that stands out most about my dad is his unwavering dedication to the people he loves. He has always been someone who will go out of his way to make sure others do not have to carry difficult moments alone. He does not walk away from problems or hard situations — he works through them and helps others do the same. He is the glue that holds our family together, the person everyone turns to when life becomes heavy.

What makes my dad special is not only the way he shows up during difficult moments, but the comfort and happiness he brings into everyday life. When I was little, I used to hide behind the front door to scare him when he came home from work. Even though he always knew I was there, he would pretend to be surprised every single time just to make me laugh. Looking back now, I realize that small moment says so much about who he is. He has always made people feel important, loved, and worth slowing down for.

His loyalty and compassion during my aunt's chemotherapy treatments were a life lesson. Despite working long hours and living five hours away, my dad would wake up before dawn and drive the entire way just so his sister would not have to sit through treatment alone. He would then make the five-hour drive home without hesitation. He never viewed it as an obligation or something deserving of recognition. To him, being there for family was simply what you do when someone you love is hurting.

That same loyalty and compassion are present in every part of his life. He is the person family and friends call when something goes wrong because they know he will answer. He is fun to be around and brings people together, but he is also the kind of person who will get in the mud and stay with you in the trenches when life becomes difficult. The people closest to him know him as dependable, caring, hardworking, and deeply devoted to those he loves.

Thank you for taking the time to consider my thoughts regarding my dad's character.

Sincerely,

Amanda Rhodes

Amanda Rhodes

May 27, 2026

The Honorable Julia K. Munley
Middle District of Pennsylvania
235 N. Washington Avenue
Scranton, PA 18501

Dear Judge Munley:

I am writing this letter on behalf of my father-in-law, Jeffrey Poth. I have had the privilege of knowing him for many years, most notably with the moment he entrusted me with the honor of marrying his youngest daughter. Over that time, I have come to know him not only as family, but as someone I deeply respect and admire. As a police sergeant, I have spent my career interacting with people from all walks of life, and I can honestly say that Jeffrey is one of the kindest, most genuine, and fair-hearted individuals I have ever known. I am proud and grateful to call him not only my father-in-law, but Dad.

One of the qualities that stands out most about him is the way he treats people. He is welcoming, generous, and respectful to everyone regardless of their background or status. He believes people deserve dignity and fairness, and he has always been someone willing to help others, especially those who may not have many people believing in them. He is often willing to give the underdog a chance when others will not.

A great example of who he is can be seen every Christmas season. He makes it a point to give hams not only to colleagues and friends, but also to the local store clerk who simply sets aside his daily paper for him. To some people, that may seem like a small act, but to me it speaks volumes about his character. He notices people. He values them. He makes others feel appreciated regardless of their title, status, or what they can do for him. That kindness is not reserved for special occasions — it is simply who he is every day. People naturally gravitate toward him because they know he is genuine, generous, and caring, not only toward people but animals as well. He has always been the type of person willing to help someone who feels overlooked or forgotten and to make them feel like they matter.

Thank you for taking the time to consider my thoughts regarding his character.

Respectfully,

Sgt. Fred C Rhodes, Jr.

Sgt. Fred C. Rhodes, Jr.

May 30, 2026

The Honorable Julia K. Munley
Middle District of Pennsylvania
235 N. Washington Avenue
Scranton, PA 18501

Dear Judge Munley:

My name is Frank Cundro, I have lived in Beech Mountain Lakes for 36 years and I have the privilege of calling myself a good friend of Jeff Poth's.

Jeff is the AAA version of a friend. You will NEVER be stranded if you need help or advice. He is one of the most dependable friends I have. And, I'm not alone. He has many friends because he cares about you and your family, he would do anything for you, he's reliable, honest in his advice, and he accepts nothing in return.

My wife Penelope and I are fortunate enough to have many friends. Some friends are people we hang out with at social events and/or house gatherings; others are speed dial friends that we keep in touch with at least once per month. Then we have the select few we treat as family. Jeff and his wife Marie are two of those friends. My wife and I lost our son eight years ago. When the news broke, we were immediately contacted by close family members and Jeff Poth. He was by our sides from the beginning. He called every day, and stopped by every other day with food for us and our daughters. The only way we were ever going to survive that unfortunate episode was with the help of people like Jeff. As you may know as time goes by things get back to normal, people leave, the phone calls are less frequent, the "thinking of you" cards stop coming in the mail; the "how are you doing" phone calls stop, and so on and so forth. But Jeff? Still, always here for us. Always. There was no forgetting what we went through and we are not alone when it comes to friends. Jeff has done the same for numerous other friends in recent years. Now, between this court case and his health issues it is a struggle for him. I'm saying this because I see it. But you'd never know it by the way he carries himself. He wants no sympathy from others. Rarely says, "yeah, can you come help me with this?" Nope. He is the guy that helps everyone but asks nothing in return. And I mean nothing. You can try, but he will fight it. Great man, great person, and an even better friend if you are lucky enough to know him. I can go on and on, but I feel this example says it all. Thank you for listening.

Respectfully yours,

Frank A. Cundro

# CAVERLY, SHEA, PHILLIPS & RODGERS, LLC

ATTORNEYS AT LAW

JOHN P. RODGERS
JRODGERS@CSPRLAW.COM

JESSICA L. PLESKACH
JLPLESKACH@CSPRLAW.COM

1170 HIGHWAY 315, SUITE 1
PLAINS, PENNSYLVANIA 18702
(570) 823-0101
FAX: (570) 825-7799
TOLL FREE: (877) 803-6424
WWW.CSPRLAW.COM

CHARLES A. SHEA II
(1947-2014)

BRUCE J. PHILLIPS
(1957-2019)

June 22, 2026

The Honorable Julia K. Munley
Middle District of Pennsylvania
235 N Washington Avenue
Scranton, PA 18501

Dear Judge Munley:

I am writing to you on behalf of my friend, Jeff Poth. I have known Jeff for approximately twenty-five (25) years. I first met Jeff as a young lawyer when I was retained to do legal work for his company. My friendship with Jeff has grown over the years especially when he became my neighbor. I have regularly attended Penn State football games with Jeff throughout the years that I have known him.

Jeff is hardworking, loyal and a true family man. When his young granddaughter became seriously ill with cancer, Jeff stepped up for his family and guided his family through a very difficult time. Words cannot express how impressed I was at how Jeff handled this terrible situation for his family. Jeff was a pillar of strength for his daughter, son-in-law and granddaughter. His granddaughter would not have recovered if not for Jeff's strength.

There is not a more loyal friend in this world than Jeff Poth. Jeff will do anything to help his friends. In addition, Jeff has admirably served his community in many ways. As a Director of Beech Mountain Lakes Association, Jeff gave countless time and hours in order to make his community better.

Jeff's character traits can be traced to his upbringing in Massillon, Ohio, which is a blue-collar town, located in Central Ohio. While growing up, Jeff was taught the virtues of honor, loyalty and integrity. I would respectfully request that when sentencing Jeff, that you take into consideration all of the good deeds that Jeff has performed in his life. While I understand that Jeff made serious mistakes, I hope that these mistakes do not define his life and that he is able to learn from them and move forward and continue to be a great family man, friend and community leader.

If you have any questions or require any additional information, please do not hesitate to contact me.

Very truly yours,

John P. Rodgers

JPR/am

June 3, 2026

The Honorable Julia K. Munley
Middle District of Pennsylvania
235 N. Washington Avenue
Scranton, PA 18501

Dear Judge Munley:

A proud friend of Mr. Jeff Poth

He's an extremely hard worker both in his professional and personal life. He cares more about the people that he worked for and whom for him than himself. An extremely selfless human being. I'm honored to call him a friend! He's as honest as the day is long. I admire him greatly. Every friend and associate that knows Jeff has nothing but great things to say about him. I know it's a cliché, but he would literally give you his short off his back. He would do anything for anybody. Day or night.

Many times, I witnessed him providing for others both people he knew and didn't. One time we were in a grocery store and the family in front of us did not have enough money to pay for their groceries. Without hesitation he paid for their entire order. This is just one of many examples of the kind of man and human being he is.

Respectfully your Honour,

Kirk D. Walker